UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH L. SMITH,

   Plaintiff,

v.               Case No: 5:14-cv-668-Oc-18JRK

COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.

## ORDER

This cause came on for consideration Plaintiff Kenneth L. Smith's appeal (Doc. 1) from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge James R. Klindt for a Report and Recommendation (Doc. 19). Neither party filed objections to the Report and Recommendation. Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 26 day of January, 2016.

               _____
               G. KENDALL SHARP
              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record